IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA K. HARLOW, | ) | 8:05CV486 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

   This is a social security appeal.  Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed.  Accordingly,

   IT IS ORDERED that:

   1.   This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

   2.   Plaintiff shall submit a brief by December 19, 2005;

   3.   Defendant shall submit a brief by January 18, 2006;

   4.   Plaintiff may submit a reply brief by February 1, 2006; and

5. This case shall be ripe for decision on February 2, 2006.

November 18, 2005.  BY THE COURT:

 s/ *Richard G. Kopf*
 United States District Judge