IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA K. HARLOW, | ) | 8:05CV486 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Defendant's motion for an enlargement of time (filing 27) is granted, as follows:

   Defendant shall have until April 1, 2009, to respond to Plaintiff's motion for attorney fees (filing 25).

   March 2, 2009.                              BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge